STATE OF CONNECTICUT *v.* RUSSELL F. MANFREDI

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 602, is granted, limited to the following issue:

"Did the Appellate Court err in sustaining the admission of expert psychiatric testimony elicited by the state in advance of the filing of a notice of intent to rely on a defense of mental disease or defect?"

*Michael R. Sheldon,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided May 18, 1989

ROBERTA L. MAIN *v.* GEORGE E. MAIN

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 670, is denied.

*Katherine Delisle,* in support of the petition.
*Shelley M. Weiss,* in opposition.

Decided May 18, 1989